393 A.2d 1280

Commonwealth v. Lewis, Appellant.

Argued April 14, 1978.

Simon B. John, Assistant Public Defender, for appellant; Conrad B. Capuzzi, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

393 A.2d 1280

Commonwealth v. Lutes, Appellant.

Argued April 10, 1978. Samuel J. Reich, with him R. Wallace Maxwell, for appellant; James A. Caldwell, Assistant District Attorney, with him W. Bertram Waychoff, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.